UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HOLLIS HOLSCHER,                                        Case No. 1:12-cv-684

        Plaintiff,                                     Barrett, J.
                                                          Bowman, M.J.

    v.

UNITED STATES POSTAL SERVICE,

        Defendant.

**REPORT & RECOMMENDATION**

On September 10, 2012, Defendant removed this employment discrimination case from Hamilton County Municipal Court, Small Claims Division, to this Court. On September 20, 2012, Defendant filed a motion to dismiss, arguing that Plaintiff's federal tort claim should be dismissed based upon the Plaintiff's failure to name the correct Defendant, and failure to first exhaust her administrative remedies.

S.D. Ohio Civ. R. 7.2(a)(2) provides that a memorandum in opposition "shall be served and filed within twenty-one (21) days from the date of service set forth in the certificate of service attached to the Motion." When more than 21 days passed without receipt of a response from the *pro se* Plaintiff, this Court directed Plaintiff to "**SHOW CAUSE** …why the Defendants' motion to dismiss (Doc.3) should not be construed as unopposed and granted for the reasons stated." On November 13, 2012, Plaintiff filed a response to the "show cause" order in which she asks this Court to dismiss her

1

complaint "<u>without</u> prejudice," (Doc. 6 at 1, emphasis original), explaining that she seeks to preserve her right to bring a new complaint "if this same thing should recur."  (*Id.*). Defendant has filed no response to Plaintiff's construed motion to voluntarily dismiss without prejudice.  In addition, dismissal without prejudice is appropriate under Defendant's original motion to dismiss based upon Plaintiff's failure to exhaust her administrative remedies.

Accordingly, **IT IS RECOMMENDED THAT:**

1.  Defendant's motion to dismiss (Doc. 3) be **GRANTED**; and

2. This case be **DISMISSED WITHOUT PREJUDICE,** and be administratively closed.

 *s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

HOLLIS HOLSCHER,                                          Case No. 1:12-cv-684

       Plaintiff,                                                    Barrett, J.
                                                                     Bowman, M.J.

   v.

UNITED STATES POSTAL SERVICE,

       Defendant.

## NOTICE

Pursuant to Fed. R. Civ. P 72(b), any party may serve and file specific, written objections to this Report and Recommendation ("R&R") within **FOURTEEN (14) DAYS** of the filing date of this R&R. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN (14) DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).