UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Hollis Holscher,

    Plaintiff,

        v.                                       Case No.   1:12cv684

Postal Service (U.S.),                         Judge Michael R. Barrett

    Defendant.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on November 30, 2012 (Doc. 7).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 7) have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 7) of the Magistrate Judge is hereby **ADOPTED.** The Defendant's Motion to Dismiss (Doc. 3) is **GRANTED**. This matter is **DISMISSED without prejudice** and will be administratively closed.

    **IT IS SO ORDERED.**

                                                         *s/Michael R. Barrett*
                                                         Michael R. Barrett
                                                         United States District Judge